ERRATA SHEET